IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASSEM NASEREDDIN, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-CV-0877 |
| | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| Respondent. | : | |

### ORDER

**AND NOW,** this 24th day of April 2007, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Felipe Restrepo, to which no Objections have been filed, and upon careful and independent review of the petition for writ of habeas corpus, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. This case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania; and,

3. The Clerk of Court is directed to forward all records and documents of this case to the Clerk of the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Clifford Scott Green

CLIFFORD SCOTT GREEN, S.J.